```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 15903
    TERRELL D OUTLAY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-4935

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/31/2007 and was not confirmed.

     The case was dismissed without confirmation 10/15/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED         12103.98          .00             .00
GMAC MORTGAGE              CURRENT MORTG         .00           .00             .00
GMAC MORTGAGE              NOTICE ONLY     NOT FILED           .00             .00
LITTON LOAN SERVICING      CURRENT MORTG         .00           .00             .00
GMAC MORTGAGE              MORTGAGE ARRE   36891.03            .00             .00
NAVY FEDERAL CREDIT UNIO   SECURED NOT I        .00            .00             .00
NAVY FEDERAL CREDIT UNIO   SECURED NOT I        .00            .00             .00
CHASE MANHATTAN MORTGAGE   NOTICE ONLY     NOT FILED           .00             .00
GEMB/PEP BOYS              NOTICE ONLY     NOT FILED           .00             .00
PEOPLES GAS                NOTICE ONLY     NOT FILED           .00             .00
PEOPLES GAS                UNSECURED       NOT FILED           .00             .00
AAFES                      UNSECURED          854.04           .00             .00
NEW CENTURY MORTGAGE C     NOTICE ONLY     NOT FILED           .00             .00
NEW CENTURY MORTGAGE C     NOTICE ONLY     NOT FILED           .00             .00
SOUTH DIVISION C U         UNSECURED        17357.27           .00             .00
THD/CBSD                   UNSECURED       NOT FILED           .00             .00
WASHINGTON MUTUAL          NOTICE ONLY     NOT FILED           .00             .00
WASHINGTON MUTUAL          NOTICE ONLY     NOT FILED           .00             .00
ZALE CBUSA                 NOTICE ONLY     NOT FILED           .00             .00
SCOTT V KELLEY             DEBTOR ATTY          .00                            .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 15903 TERRELL D OUTLAY
```

```
                            ---------------        ---------------
TOTALS                                 .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/22/08
                                       /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE